UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Stasha Martinez,<br><br>　　　　　Defendant. | Case No.: CR 17-0107-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of his/(her) [probation] (supervised release); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _apparent ongoing substance abuse, no known bail_

_resources, current absconder status and failure to report to residential drug treatment_

and/or

B.  (✓) The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _lengthy criminal history, ongoing substance abuse, contacts with law enforcement since release, prior release violations_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 26, 24

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2